# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JOLENE GREEVER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CASEY'S MARKETING COMPANY and CASEY'S GENERAL STORES, INC.,<br><br>　　　　　　　　　　Defendants. | Court File No.: 4:21-cv-00362-SHL-SBJ<br><br>**JOINT MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE** |

　　　　This Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (the "Motion") is made and entered into between Plaintiff Jolene Greever, by and through her attorneys, on the one hand, and Defendants Casey's Marketing Company and Casey's General Stores, Inc. by and through their attorneys, on the other hand.

　　**1.　　Stipulated Recitals**

　　　　a.　　On or about October 18, 2021, Plaintiff filed a Complaint initiating this Lawsuit in which Plaintiff alleges that Defendants did not pay her for all of the required minimum wage in violation of the Fair Labor Standards Act ("FLSA") because the Company failed to reimburse her for business expenses she incurred during the course of her employment. (ECF No. 1.) Plaintiff and Defendants have a bona fide dispute over these claims.

　　　　b.　　Defendants filed an Answer to Plaintiff's Complaint on December 14, 2021. (ECF No. 9.)

　　　　c.　　Plaintiff has not sought conditional certification of a collective action pursuant to Section 216(b) of the FLSA. The Parties' Settlement

        Agreement resolves Plaintiff's individual claims and will not affect the rights of any other individuals.

d.     The parties, through their counsel, are familiar with the facts and legal arguments relevant to this Lawsuit. In consideration of the disputed facts and legal issues, and in advance of engaging in additional significant discovery and trial preparation activities, the parties engaged in settlement negotiations. The terms and conditions of settlement reflected in this Motion are a product of those negotiations, which were conducted at arm's length between the parties and their respective counsel.

e.     The Parties' Settlement Agreement is attached as **Exhibit A** to this Motion.

f.     Defendants deny any liability or wrongdoing of any kind associated with the claims alleged in this Lawsuit. Defendants contend they have at all times complied with the FLSA. Defendants have entered into the Settlement Agreement and joined this Motion in order to avoid the cost and inconvenience of further litigation.

g.     Plaintiff has agreed to this Motion because the settlement set forth herein reflects a reasonable compromise of the disputed issues in the Lawsuit and her individual claims, chiefly, if and to what extent the Plaintiff is owed minimum wages and liquidated damages. Plaintiff believes that the certainty of settlement is better than the uncertain outcome of protracted litigation. Plaintiff, Defendants, and their respective counsel stipulate and agree that the terms and conditions of settlement set forth in this Motion are fair, reasonable, and in the best interest of the Parties.

      h.      Nothing in this Motion shall be construed or deemed to be an admission of liability or wrongdoing on the part of Defendants. Pursuant to Rule 408 of the Federal Rules of Evidence, this Motion shall not be admissible in evidence in any proceeding; provided, however, that the Motion may be filed and used in this Lawsuit or any related litigation as necessary to approve, interpret, or enforce this Motion, or in any subsequent action against or by Defendants to support a stay of such subsequent action, or to establish a defense of res judicata, collateral estoppel, waiver, release, or any other theory of claim preclusion, issue preclusion, or similar defense, claim, or counterclaim.

    **2.**    **Dismissal of the Lawsuit with Prejudice.**

Subject to the terms and conditions of this Motion, the Plaintiff agrees that her claims alleged in this Lawsuit may and should be dismissed by the Court **WITH PREJUDICE.** Except as otherwise provided in this Motion, all parties will be responsible for their own costs and attorneys' fees.

    **3.**    **Unpaid Wages, Liquidated Damages and Attorneys' Fees and Costs as Settlement Consideration.**

      a.      In exchange for: (1) dismissal of the Lawsuit as described in Section 2 of this Motion; (2) the Plaintiff's execution of the Parties' Settlement Agreement; and (3) Plaintiff's representations and stipulations as set forth in this Motion, Defendants have agreed to pay Plaintiff a total sum of $3,000.00 (the "Settlement Amount") to resolve all claims alleged in the Lawsuit and for a release of Plaintiff's wage and hour claims. The Settlement Amount includes the attorneys' fees and costs discussed below.

b.  The total sum of the Settlement Amount allocated to Plaintiff is in excess of the amount she was calculated to (allegedly) be owed as a result of the conduct alleged in her Complaint.

c.  Within twenty-one (21) calendar days following the entry of the Court's anticipated order approving this Motion, Defendants shall make payment of the Settlement Amount.

4. **Reimbursement for Reasonable Attorneys' Fees and Litigation Costs**

Defendant shall pay or cause to be paid by check to Plaintiff's Counsel a total of $2,700.00 for the fees and costs Plaintiff's Counsel has incurred prosecuting this Lawsuit. This is the total amount that Defendant shall pay in attorneys' fees and costs and is included in the Settlement Amount.

To the extent the Court wishes to determine the reasonableness of the agreed fees and costs, Plaintiff's Counsel avers that they are reasonable. Plaintiff's Counsel has billed over $8,500.00 in the prosecution of this case. At just 32% of their billing, and given the fact that Plaintiff is receiving more than her calculated damages, this award is reasonable.

5. **Plaintiff's Release of Claims**

As a material inducement to Defendant to enter into this Motion, and in exchange for the Settlement Payment, Plaintiff has executed a Settlement Agreement reviewed by the Parties' respective counsel, expressly releasing all claims asserted in the Lawsuit against Defendants and each of their parent organizations, holding companies, predecessors, insurers, contractors, divisions, affiliates, related companies and joint ventures, business units, subsidiaries, and successors, and their current or former officers, directors, employees, and legal counsel (collectively, the "Released Parties") and releasing the Released Parties, to the fullest extent

permitted by law, from all claims asserted or that could have been asserted in the Lawsuit related to her compensation with Defendants, including all claims arising under the FLSA and Iowa law; all claims arising out of any other state or local wage, minimum wage or overtime laws, and all derivative claims relating to unpaid wages, minimum wages, expense reimbursements, overtime wages, straight time wages, unpaid breaks, vacation pay, bonuses, benefits, incentive compensation, gratuities, back pay, or any other type of compensation, up to and including the date on which Plaintiff executes the Settlement Agreement, including all claims for liquidated, punitive, or penalty damages, interest, and attorneys' fees and costs.

Dated: September 14, 2022

*/s/ John H. Lassetter*
John H. Lassetter, Bar No. 0389009
jlassetter@littler.com
Admitted *pro hac vice*

LITTLER MENDELSON P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone:     612.630.1000
Facsimile:      612.630.9626

Lindsay A. Vaught
lvaught@ahlerslaw.com

AHLERS COONEY
100 Court Avenue, Suite 600
Des Moines, IA  50309
Telephone:     515.243.7611
Facsimile:      515.243.2149

Attorneys for Defendants
Casey's Marketing Company and Casey's General Stores, Inc.

Dated: September 14, 2022

          */s/ Joshua J. Sanford*
          April Rheaume
          april@sanfordlawfirm.com
          Joshua J. Sanford
          josh@sanfordlaw.com

          SANFORD LAW FIRM, PLLC
          10800 Financial Centre Pkwy., Suite 500
          Little Rock, AR  72211
          Telephone:    501.221.0088
          Facsimile:     888.727.2400

          Thomas Andrew Newkirk
          tnewkirk@newkirklaw.com

          NEWKIRK ZWAGERMAN, P.L.C.
          521 East Locust Street, Suite 300
          Des Moines, IA  50309
          Telephone:    515.883.2000
          Facsimile:     515.883.2004

          Attorneys for Plaintiff

4866-5437-0867.1 / 091581-1003